```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :        ORDER
                                  :
        - v. -                    :        20 Cr. 421 (ALC)
                                  :
DIMITRIS ALIFRAGIS,               :
                                  :
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **10/28/2020**

   WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on August 20, 2020;

   WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

   WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

   IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         **October 28**, 2020

_____
THE HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE