```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/12/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

                  **Plaintiff,**

    -against-

**DIMITRIS ALIFRAGIS,**

                  **Defendant.**

-------------------------------------------------------------------- x

**20-CR-421 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The sentencing scheduled for January 15, 2021 is adjourned to **April 15, 2021** at **11:30 a.m.**

**SO ORDERED.**

**Dated:**   **New York, New York**
           **January 12, 2020**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**