UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                     :
                                              :
                          **Plaintiff,**  :
                                              :   20-CR-421(ALC)
      -against-                           :
                                              :   **ORDER**
DIMITRIS ALIFRAGIS,                           :
                                              :
                         **Defendant.**  :
                                              :
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

The Sentencing scheduled for **April 15, 2021** at **11:30 a.m.** will take place by telephone. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**     **New York, New York**
             **April 12, 2021**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**